■ NANCY B. BROOKS et al., Plaintiffs, v JAMES H. RYAN, et al., Appellants, and DOMINGO LEON, JR., et al., Respondents. (Appeal No. 2.)—Order unanimously reversed, with costs, and case remitted for retrial of cross claims in accordance with same memorandum as in *Smith v Ryan* 48 AD2d 1003). (Appeal from order of Cayuga Trial Term, in automobile negligence action.) Present—March, P. J., Moule, Cardamone, Goldman and Witmer, JJ.